# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | Case No. 2:06-cr-00251-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ALBERT THOMAS, ) | |
|        Defendant. ) | |

This matter is before the Court on Defendant's Motion for Appointment of Counsel (#138), filed on October 5, 2015.

Defendant moves for the appointment of counsel to examine his case and determine if the recent Supreme Court holding in *United States v. Johnson*, 135 S.Ct. 2551 (2015) would allow him to receive a reduced sentence or an early release date. Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment, on the basis of a conflict, no later than fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall distribute a copy of the document filed by the Defendant to the Federal Public Defender, the United States Attorney, and the U.S. Probation Office forthwith.

**IT IS FURTHER ORDERED** that the Federal Public Defender shall, within one hundred twenty (120) days of this Order, file any appropriate motion or stipulation.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Defendant shall submit an updated financial affidavit, under seal, to establish that he cannot afford to retain private counsel.

**DATED** this 21st day of October, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge