# United States District Court
## for
## the District of Nevada

---

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
### *Probation Form 49 (Waiver of Hearing) is Attached*
### November 6, 2019

---

Name of Offender: **Albert Thomas**

Case Number: **2:06CR00251**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **May 11, 2007**

Original Offense: **Armed Bank Robbery**

Original Sentence: **169 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 14, 2018**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

---

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to of 90 days. You must follow the rules and regulations of the center. The subsistence is waived.

---

## CAUSE

By way of case history, Thomas was originally sentenced to one-hundred-sixty-nine (169) months custody for committing the offense of Armed Bank Robbery. On September 14, 2018, Thomas commenced supervised release in the District of Nevada.

Since commencing supervision, Thomas has resided with his brother, Bernard Thomas, at 323 Harbor Gulf Court, North Las Vegas, NV 89084. Unfortunately, the residence Thomas' brother was renting is being sold. Thomas' brother is moving into a one-bedroom apartment and will no longer be able to assist Thomas with housing.

# RE: Albert Thomas

Prob12B
D/NV Form
Rev. June 2014

Thomas has been unable to secure housing on his own due to his criminal record and will need temporary placement at the Residential Re-entry Center until he is able to secure his own residence. Thomas is in agreement with the modification as witnessed by his signature on the attached Probation Form 49

Respectfully submitted,

Matthew S
Martinez
2019.11.06
14:18:19 -08'00'

_____
Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by Brian
Blevins
Date: 2019.11.06 12:56:05
-08'00'

_____
Brian Blevins
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

 November 7, 2019
_____
Date

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center. The subsistence is waived.

Witness _____
U.S. Probation Officer

Signed _____
Probationer or Supervised Releasee

_____
Date